UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE E. BRADLEY,<br><br>         Petitioner,<br><br>   v.<br><br>BRIAN KIBLER,<br><br>         Respondent. | No. 2:22-cv-0197 KJM DB P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, requested an extension of time to file objections to the findings and recommendations filed on April 5, 2023. Petitioner states that he has limited access to the law library. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 26) is granted; and

    2. Petitioner shall file and serve any objections to the findings and recommendations within thirty days from the date of this order.

Dated:  June 5, 2023

DLB:9/DB prisoner inbox/habeas/R/brad0197.111

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1